## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

**FILED**

May 25, 2006

**CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| **CLIFFORD BROWN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **Civil Action No. 7:03-cv-0205-R** |
| | § | |
| **DON PETERSON AND NORTH** | § | |
| **CENTRAL TIRE SERVICE, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

The Court held a trial in this case on February 6, 2006. At trial, both Plaintiff and Defendant announced ready. The case was then duly tried to a jury, which returned its verdict on February 8, 2006. The jury found that Plaintiff did not prove by a preponderance of the evidence that he engaged in protected activity under Title VII or was exposed to a hostile work environment. Accordingly, the Court disposes of this action as follows:

It is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff take nothing by his claims. Each party shall bear its own costs.

This judgment finally disposes of all claims asserted in this lawsuit by Clifford Brown against North Central Tire Service and Don Peterson. This order shall constitute the final judgment in this case and is appealable.

**IT IS SO ORDERED**

**SIGNED: May 25, 2006**

_____

**JUDGE JERRY BUCHMEYER**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**

1